UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VICTORIA MORENO, on behalf of herself and all others similarly situated, | ) ) ) Civil Action No.: 2:19-cv-10515 |
| | ) Hon. Paul D. Borman |
| Plaintiff, | ) Magistrate: Judge R. Steven Whalen |
| | ) |
| v. | ) |
| | ) |
| BR RESTAURANTS HOLDINGS, LLC; BLUE RIBBON RESTAURANTS, LLC d/b/a FAMOUS DAVE'S; BLUE RIBBON RESTAURANTS II, LLC d/b/a FAMOUS DAVE'S; BLUE RIBBON RESTAURANTS III, LLC d/b/a FAMOUS DAVE'S BBQ; BLUE RIBBON RESTAURANTS NOVI, LLC d/b/a FAMOUS DAVE'S BBQ; BLUE RIBBON RESTAURANTS ROCHESTER, LLC d/b/a FAMOUS DAVE'S BBQ; WINDY CITY RESTAURANT HOLDINGS, LLC; BUCKEYE BBQ, LLC; CAPITAL BLUE RIBBON RESTAURANTS, LLC; COMMONWEALTH BLUE RIBBON RESTAURANTS, LLC; ELLIOT BAUM and DOE DEFENDANTS 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | / |

Gerald D. Wells, III
Robert J. Gray
CONNELLY WELLS & GRAY, LLP
2200 Renaissance Blvd., Ste. 275

Sean F. Crotty (P64987)
Matthew S. Disbrow (P65378)
Jennifer L. Muse (P81208)
HONIGMAN LLP

30392428.1

King of Prussia, PA 19406
Tel: (610) 822-3700
Fax: (610) 822-3800
gwells@cwg-law.com
rgray@cwg-law.com

Gary F. Lynch
CARLSON LYNCH KILP0ELA &
CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Fax: (412) 231-0246
glynch@carlsonlynch.com

Daniel Myers (MI ID #P49250)
THE LAW OFFICE OF DANIEL
  O. MYERS
4020 Copper View, Ste. 225
Traverse City, MI 49684
dmyers@domlawoffice.com

*Attorneys for the Plaintiff and the
Proposed Classes*

2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7000
scrotty@honigman.com
mdisbrow@honigman.com
jmuse@honigman.com

*Attorneys for Defendants*

## NOTICE OF APPEARANCE

Please enter the Appearance of Jennifer L. Muse as counsel for Defendants BR Restaurants Holding, LLC; Blue Ribbon Restaurants, LLC d/b/a Famous Dave's; Blue Ribbon Restaurants II, LLC d/b/a Famous Dave's; Blue Ribbon Restaurants III, LLC d/b/a Famous Dave's BBQ; Blue Ribbon Restaurants Novi,

30392428.1

2

LLC d/b/a Famous Dave's BBQ; Blue Ribbon Restaurants Rochester, LLC d/b/a Famous Dave's BBQ; Windy City Restaurant Holdings, LLC; Buckeye BBQ, LLC; Capital Blue Ribbon Restaurants, LLC; Commonwealth Blue Ribbon Restaurants, LLC; Elliott Baum and Doe Defendants 1-10.

                Respectfully submitted,

                HONIGMAN LLP
                Attorneys for Defendants

                By: /s/ Jennifer L. Muse        /
                Jennifer L. Muse (P81208)
                2290 First National Building
                660 Woodward Avenue
                Detroit, MI 48226
                313-465-7000
Dated: March 11, 2019     jmuse@honigman.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2019, I electronically filed the foregoing paper(s) with the Clerk of the Court using the electronic court filing system which will send notification of such filing to all attorneys of record.

> HONIGMAN LLP
> Attorneys for Defendants
>
>
> By: /s/ Jennifer L. Muse                    /
> Jennifer L. Muse (P81208)
> 2290 First National Building
> 660 Woodward Avenue
> Detroit, MI 48226
> 313-465-7000
> jmuse@honigman.com